UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08mj2143 |
| | ) | ORDER |
| vs. | ) | |
| | ) | RELEASING MATERIAL WITNESS |
| Avila-Solache; Jimenez-Almarez | ) | Booking No. |
| Defendant(s) | ) | |

*RECEIVED 2008 JUL 25 A 11:13 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA*

On order of the United States District/Magistrate Judge, (circled)

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Hector Perez-Martinez

DATED: 7/25/08

LEO S. PAPAS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

J. PARIS

W. SAMUEL HAMRICK, JR. Clerk

by _____ Deputy Clerk