```
                                        FILED
                                    2008 JUL 25 PM 2:39

                                    CLERK US DISTRICT COURT
                                  SOUTHERN DISTRICT OF CALIFORNIA

                                    BY_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

08 CR 2484 JLS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., |
| JESUS AVILA-SOLACHE (1), ) JESUS JIMENEZ-ALMAREZ (2), ) aka Jesus Jimenez-Almanzar,) aka Jesus Jimenez-Avalos, ) Defendants. ) | Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Sec. 1324(a)(1)(A)(i) - Bringing in Illegal Aliens; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting; Title 18, U.S.C., Sec. 111(a)(1) - Assault on a Federal Officer (Felony) |

The grand jury charges:

Count 1

On or about July 14, 2008, within the Southern District of California, defendants JESUS AVILA-SOLACHE and JESUS JIMENEZ-ALMAREZ, aka Jesus Jimenez-Almanzar, aka Jesus Jimenez-Avalos, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Hector Perez-Martinez, had not received prior official authorization to come to,

//

CJB:em:San Diego
7/24/08

enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 2

On or about July 14, 2008, within the Southern District of California, defendants JESUS AVILA-SOLACHE and JESUS JIMENEZ-ALMAREZ, aka Jesus Jimenez-Almanzar, aka Jesus Jimenez-Avalos, with the intent to violate the immigration laws of the United States, did bring or attempt to bring to the United States an alien, namely, Hector Perez-Martinez, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

### Count 3

On or about July 14, 2008, within the Southern District of California, defendants JESUS AVILA-SOLACHE and JESUS JIMENEZ-ALMAREZ, aka Jesus Jimenez-Almanzar, aka Jesus Jimenez-Avalos, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Hector Perez-Martinez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

//
//
//

<u>Count 4</u>

On or about July 14, 2008, within the Southern District of California, defendants JESUS AVILA-SOLACHE and JESUS JIMENEZ-ALMAREZ, aka Jesus Jimenez-Almanzar, aka Jesus Jimenez-Avalos, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Martin Rodriguez-Gonzalez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

<u>Count 5</u>

On or about July 14, 2008, within the Southern District of California, defendants JESUS AVILA-SOLACHE and JESUS JIMENEZ-ALMAREZ, aka Jesus Jimenez-Almanzar, aka Jesus Jimenez-Avalos, with the intent to violate the immigration laws of the United States, did bring or attempt to bring to the United States an alien, namely, Martin Rodriguez-Gonzalez, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

<u>Count 6</u>

On or about July 14, 2008, within the Southern District of California, defendants JESUS AVILA-SOLACHE and JESUS JIMENEZ-ALMAREZ, aka Jesus Jimenez-Almanzar, aka Jesus Jimenez-Avalos, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Martin

Rodriguez-Gonzalez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

### Count 7

On or about July 14, 2008, within the Southern District of California, defendants JESUS AVILA-SOLACHE and JESUS JIMENEZ-ALMAREZ, aka Jesus Jimenez-Almanzar, aka Jesus Jimenez-Avalos, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Martinez-Rivera, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 8

On or about July 14, 2008, within the Southern District of California, defendants JESUS AVILA-SOLACHE and JESUS JIMENEZ-ALMAREZ, aka Jesus Jimenez-Almanzar, aka Jesus Jimenez-Avalos, with the intent to violate the immigration laws of the United States, did bring or attempt to bring to the United States an alien, namely, Juan Martinez-Rivera, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

//

Count 9

On or about July 14, 2008, within the Southern District of California, defendants JESUS AVILA-SOLACHE and JESUS JIMENEZ-ALMAREZ, aka Jesus Jimenez-Almanzar, aka Jesus Jimenez-Avalos, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Martinez-Rivera, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 10

On or about July 14, 2008, within the Southern District of California, defendant JESUS AVILA-SOLACHE did knowingly and intentionally and forcibly assault, resist, oppose, impede, and interfere with a person named in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security, United States Customs and Border Protection, Marine Interdiction Agent P. Frith, in that defendant JESUS AVILA-SOLACHE by directing the spinning propeller of the boat's motor towards the body of Marine Interdiction Agent P. Frith and by punching him repeatedly with a closed fist, while Agent P. Frith was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

DATED: July 25, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney