UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff )<br>)<br>)<br>vs. )<br>JESUS AVILA-SOLACHE, ET AL )<br>)<br>Defendant(s) )<br>) | CRIMINAL NO. 08cr2484<br>08mj2143<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

MARTIN RODRIGUEZ-GONZALEZ

DATED: 7/25/08

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
(DUSM)

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk

**J. JARABEK**

CLERK'S OFFICE COPY                    ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95