| | |
|---|---|
| 1 | KAREN P. HEWITT |
|  | United States Attorney |
| 2 | CARLOS ARGUELLO |
|  | Assistant U.S. Attorney |
| 3 | California State Bar No.157162 |
|  | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|  | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6252 / Fax: (619) 235-2757 |
|  | Email: carlos.arguello2@usdoj.gov |
| 6 | |
|  | Attorneys for Plaintiff |
| 7 | United States of America |

8       UNITED STATES DISTRICT COURT

9       SOUTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr2484 |
|    |                            ) | |
| 12 |            Plaintiff,      ) | |
|    |                            ) | NOTICE OF APPEARANCE |
| 13 |       v.                   ) | |
|    |                            ) | |
| 14 | JESUS IGNACIO AVILA-SOLACHE ) | |
|    |                            ) | |
| 15 |            Defendant.      ) | |
|    |                            ) | |

16

17   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18   I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19   I certify that I am admitted to practice in this court or authorized to practice under CivLR

20   83.3.c.3-4.

21   The following government attorneys (who are admitted to practice in this court or authorized

22   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

23   counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

24   activity in this case:

25   <u>Name</u> (If none, enter "None" below)

26   None.

27   //

28   //

1    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4    association):

<u>Name</u> (If none, enter "None" below)

None.

Please call me if you have any questions about this notice.

DATED: August 7, 2008

                             Respectfully submitted,

                             KAREN P. HEWITT
                             United States Attorney

                             /s/ *Carlos Arguello*
                             CARLOS ARGUELLO
                             Assistant United States Attorney
                             Attorneys for Plaintiff
                             United States of America
                             Email: carlos.arguello2@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr2484 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| JESUS IGNACIO AVILA-SOLACHE ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY CERTIFIED THAT:

I, CARLOS ARGUELLO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Charles Adair
2. Marc Xavier Carlos
3. Linda King

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:
N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2008         /s/ *Carlos Arguello*
                                   CARLOS ARGUELLO
                                   Assistant U.S. Attorney